FILED
2019 Jul-10 PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SIERRA RENA CAMPBELL,** ) <br> ) <br> **Claimant,** ) <br> ) <br> vs. ) <br> ) <br> **COMMISSIONER, SOCIAL** ) <br> **SECURITY ADMINISTRATION,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 5:18-cv-768-CLS |

## MEMORANDUM OPINION

On June 24, 2019, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen (14) days in which to file objections to the magistrate judge's recommendations. No party has filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate that the court affirm the Commissioner's decision.

The court will enter a separate order in conformity with this memorandum opinion.

DONE this 10th day of July, 2019.

_____
United States District Judge